# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1390
_____

ROY ALLEN STEPHENS,

Petitioner,

v.

STATE OF FLORIDA, et al.,

Respondents.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


July 23, 2025


PER CURIAM.

DISMISSED. *See Munn v. Fla. Parole Comm'n*, 807 So. 2d 733 (Fla. 1st DCA 2002).

ROBERTS, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Roy Allen Stephens, pro se, Petitioner.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondents.